# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00352-CV

### In re Waterstone Owners Association, Inc.; Hayman Woods, LLC; HW Waterstone, L.P.; and HW Waterstone GP, LLC

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relators, Waterstone Owners Association, Inc.; Hayman Woods, LLC; HW Waterstone, L.P.; and HW Waterstone GP, LLC, filed a petition for writ of mandamus and a motion for emergency stay of two trial-court orders. The motion to stay requests that this Court stay the operation of the trial court's May 15, 2018 disqualification order and its May 15, 2018 order compelling certain relators to produce a privilege log and respond to discovery. We grant the motion to stay in part. We temporarily stay the trial court's disqualification order, pending further order of this Court. *See* Tex. R. App. P. 52.10(b). We also temporarily stay in part the trial court's order compelling document production by May 29, 2018, pending further order of this Court. *See id.* We do not stay production of a privilege log compliant with Texas Rule of Civil Procedure 193.3.

Further, we request that the real parties in interest file a response to the mandamus petition no later than June 5, 2018.

It is so ordered May 24, 2018.

Before Justices Puryear, Pemberton, and Bourland